JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| THE HERBAL CHEF, LLC, a California limited liability company,<br><br>                Plaintiff,<br>    v.<br><br>AFG DISTRIBUTION INC., a North Carolina Corporation; JAMES MAGURA, an individual,<br><br>                Defendants. | Case No. 2:18-cv-8539-AB-MRW<br><br>**JUDGMENT** |
|---|---|

# JUDGMENT

Pursuant to the Court's Order of March 10, 2020, granting the motion for summary judgment on all claims brought by Plaintiff against Defendants AFG Distribution, Inc. and James Magura,

IT IS HEREBY ORDERED that judgment be entered dismissing the action by Plaintiff against Defendants. Defendants are entitled to seek reimbursement of costs, and make an appropriate application for attorneys' fees, pursuant to applicable statutes and local rules.

IT IS SO ORDERED.

Dated: March 24, 2020

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE